

U.S. Department

United States
Southern Dis

86 Chambers Stree
New York, New Yor

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/13/2022_

July 12, 2022

VIA ECF
Hon. Analisa Torres
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

Re:  *Meixian Qiu v. Cioppa*, No. 22 Civ. 4006 (AT)

Dear Judge Torres:

This Office represents the government in this action in which the plaintiff seeks an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate an Application to Register Permanent Residence or Adjust Status (Form I-485) and two Refugee/Asylee Relative Petitions (Forms I-730).  On behalf of the government, I write respectfully to request a sixty-day extension of the time to respond to the complaint (*i.e.*, from July 20, 2022, to September 19, 2022).  In addition, I respectfully request that the deadline for the joint letter and proposed case management plan currently due on July 15, 2022, be extended to October 3, 2022.  *See* ECF No. 7.

I respectfully request this extension because USCIS issued a Request for Evidence relating to the Form I-485 and needs additional time to determine next steps, which may potentially render a portion of the complaint moot.  In addition, USCIS is in the process of interviewing one Form I-730 beneficiary and evaluating the other Form I-730 and needs additional time to consider next steps with respect to the Forms I-730, which may include a Request for Evidence, Notice of Intent to Deny, or other adjudicatory action.  This is the government's first request for an extension of the deadlines to respond to the complaint and to file the joint letter and proposed case management plan.  Plaintiff consents to this request.

GRANTED.

SO ORDERED.

Dated: July 13, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge